UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STEPHANIE LASHAUN HILL,<br><br>    Plaintiff,<br><br>v.<br><br>CGPD, LLC dba TRINITY HEIGHTS APARTMENTS,<br><br>    Defendant | Civil Action No. _____<br><br>U.S. District Judge _____ |

## INDEX OF STATE COURT FILINGS

Pursuant to Local Rule 81.1(a), Defendant submits the following Index of documents that have been filed in the County Court at Law No. 3, Tarrant County, Texas, in the civil action *Stephanie Lashaun Hill v. CGPD, LLC dba Trinity Heights Apartments*, and docketed as Cause No. 2023-000159-3 (that lawsuit, the "State Court Action"):

| No. | Description | Date Filed |
|---|---|---|
| A | Index of State Court Filings | |
| A-1 | Civil Docket Sheet for the County Court at Law No. 3, Tarrant County, Texas; Case No. 2023-000159-3 | |
| A-2 | Original Petition of Plaintiff Stephanie Lashaun Hill | January 6, 2023 |
| | Exhibit A: Notice of Right to Sue | January 6, 2023 |
| A-3 | Citation issued | January 9, 2023 |
| A-4 | Amended Petition of Plaintiff Stephanie Lashaun Hill | February 27, 2023 |
| | Exhibit A: Notice of Right to Sue | February 27, 2023 |

EXHIBIT A

1

| A-5 | Citation by Certified Mail with Confirmation | March 1, 2023 |
|---|---|---|
| A-6 | Motion for Default Judgment of Plaintiff Stephanie Lashawn Hill | March 13, 2023 |
| | Exhibit: Copy of Citation | March 13, 2023 |
| | Exhibit: "SendPro Enterprise" | March 13, 2023 |
| | Exhibit: United States Postal Service document | March 13, 2023 |
| A-7 | Original Answer of Defendant CGPD, LLC | March 20, 2022 |
| A-8 | Returned mail | March 28, 2023 |

Dated this 30th day of March, 2023:

Respectfully submitted,

*/s/ Angella H. Myers*
Angella H. Myers
Texas Bar No. 24027229
angella.myers@kdvlaw.com
KAUFMAN DOLOWICH & VOLUCK, LLP
14643 Dallas Pkwy., Suite 550
Dallas, Texas 75254
Telephone: (972) 781-2400
Fax: (972) 781-2401

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that, on Thursday, March 30, 2023, this Index of State Court Filings was served upon the persons listed below by electronically filing the document using the Court's CM/ECF electronic filing system:

>Christian Jenkins
>State Bar No. 10625500
>jenkins5@aol.com
>Law Offices of Christian Jenkins, PC
>1307-B W. Abram St., Suite 100
>Arlington, Texas 76013
>Attorney for Plaintiff

>>*/s/ Angella H. Myers*
>>Angella H. Myers