IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEPHANIE LASHAUN HILL | § | |
| | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-316-Y |
| | § | |
| CGPD, LLC d/b/a TRINITY HEIGHTS APARTMENTS | § § § | |

**FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's order granting the parties' joint motion to dismiss, dated this same day, this case is **DISMISSED with prejudice.** Each party shall bear its own attorney's fees and costs.

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED April 23, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE